# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

In re:  RANDALL FELTS                                                                Case No. 12-27573-L
Debtor                                                                                         Chapter 13

### OBJECTION TO PROOF OF CLAIM 7 FILED BY CAPITAL RECOVERY GROUP, LLC AS AGENT FOR INSOLVE RECOVERY, LLC

Comes now the debtor, by and through counsel of record, objecting to the proof of claim filed by Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC, and stating:

1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on July 19, 2012.

2. Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC filed Proof of Claim 7, generally unsecured, in the amount of $6,695.07. No supporting documentation was attached. The debtor alleges he owes no debt to either Capital Recovery Group, LLC or Insolve Recovery, LLC.

3. The debtor therefore proposes that the claim of Capital Recovery Group, LLC, as agent for InSolve Recovery, LLC be disallowed and that his plan payments be reduced accordingly.

WHEREFORE, the debtor moves the Court to sustain this objection and modify this plan accordingly.

Respectfully Submitted,

/s/ Herbert D. Hurst
Herbert D. Hurst                    18721
Hurst Law Firm, P. A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN   38174-1497
(901) 725-1000

### CERTIFICATE OF SERVICE

The undersigned party, attorney for party, or agent therefore, hereby certifies that on this 11th day of July, 2013, copies of the above document were electronically mailed, mailed via the United States Postal Service, or hand delivered to the parties listed.

/s/ Meredith Thompson
Meredith Thompson, Legal Assistant
Hurst Law Firm, P. A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000

NAMES AND ADDRESSES OF ENTITIES SERVED:

Randall Felts
3597 Hermitage Drive
Memphis, TN 38116

Sylvia Ford Brown
Chapter 13 Trustee
200 Jefferson Avenue, Suite 1113
Memphis, TN 38103

Capital Recovery Group, LLC.
as agent for InSolve Recovery, LLC
Dept. 3203
P.O. Box 123203
Dallas, TX 75312-3203

All Entities On Matrix